UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO.: 4:10-CR-00662-4 |
| | § | |
| JERMAINE VENROD MCNEAL | § | |

**MOTION FOR INSPECTION OF GRAND JURY TESTIMONY**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the Defendant, **JERMAINE VENROD MCNEAL**, in the above styled and numbered cause, and moves the Court to require the Government's attorney to permit the Defendant the inspection of Grand Jury testimony, for purposes of cross-examination, and in support thereof would respectfully show as follows:

Defendant would show that he is entitled to and does hereby request that the Court direct the United States Attorney, to furnish Defendant the Grand Jury testimony of all witnesses appearing before said Grand Jury testimony, which, if not presently reduced to writing, should be reduced to writing, in accordance with the provisions in Dennis v. United States, 384. U.S. 855, 16 L.ed.3d 973.

WHEREFORE, Defendant prays that this Honorable Court grant Defendant's motion and order the U.S. Attorney to provide and furnish, to the Defendant, the said Grand Jury testimony as requested.

Respectfully submitted,

/s/ Robert A. Jones
ROBERT A. JONES
2211 Norfolk, Suite 600
Houston, Texas 77098
713-526-1171
713-528-3415 Fax
State Bar Number: 10941500
Federal ID Number: 12692
Attorney for JERMAINE VENROD MCNEAL

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27TH day of October, 2010, a copy of the foregoing Motion For Inspection of Grand Jury Testimony, of the defendant was electronically mailed to Kebharu H. Smith Assistant United States Attorney, Southern District of Texas.

/s/ Robert A. Jones
ROBERT A. JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:10-CR-00662-4** |
| | § | |
| **JERMAINE VENROD MCNEAL** | § | |

## CERTIFICATE OF CONFERENCE

I certify that I have contacted Kebharu H. Smith, AUSA in the above-referenced cause, and he will respond by via electronic filing to this Motion.

/s/ Robert A. Jones
Robert A. Jones

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS.** | § | **CRIMINAL NO.: 4:10-CR-00662-4** |
| | § | |
| **JERMAINE VENROD MCNEAL** | § | |

### O R D E R

The Court having considered the Motion For Inspection of Grand Jury Testimony, of the Defendant, on the above styled and numbered cause, is of the opinion that same should be and is herein _____ .

SO ORDERED this the _____ day of _____, 2010, at Houston, Texas.

_____
UNITED STATES DISTRICT JUDGE